AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of New York

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br>v.<br>**BRIAN WHITE**<br><br><br><br><br>**Defendant** | ) | Case No. 5:22-mj-38 (ATB) |

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of June 2021 through January 31, 2022 in the county of Onondaga in the Northern District of New York the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Receipt and attempted receipt of child pornography |

This criminal complaint is based on these facts:
See attached affidavit in support of criminal complaint.

☒ Continued on the attached sheet.

Martin Baranski

*Complainant's signature*

Martin Baranski, Special Agent

*Printed name and title*

Attested to by the affiliant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: 1/31/2022

Andrew T Baxter

*Judge's signature*

City and State: Syracuse, NY

Hon. Andrew T. Baxter, U.S. Magistrate Judge

*Printed name and title*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Martin Baranski, being duly sworn, depose and state as follows:

## INTRODUCTION

1. I am a Special Agent employed by the United States Department of Justice, Federal Bureau of Investigation (FBI), and as such I am an "investigative or law enforcement officer" of the United States who is empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 18, United States Code, Chapter 63. I have been a Special Agent with the FBI since October of 2018. I am currently assigned to the FBI's Albany Division where I investigate all federal criminal violations. I have participated in investigations of persons suspected of violating federal child pornography laws, including Title 18, United States Code, Sections 2251, 2252 and 2252A. I have received training in the area of child sexual exploitation and have had the opportunity to observe and review examples of child pornography in all forms of media including computer media.

2. The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, a review of records related this this investigation, communications with others who have knowledge of the events and circumstances described here, and information gained through my training and experience. I have set forth only the facts and circumstances that I believe are necessary to establish probable cause to believe that WHITE has committed the Subject Offense.

3. I make this affidavit in support of a criminal complaint charging Brian WHITE with receipt and attempted receipt of child pornography, in violation of Title 18, United States Code, Section 2252A(a)(2).

## PROBABLE CAUSE

4. In or around June 2021, a law enforcement investigation focused on the use of an Internet-based peer-to-peer network (P2P Network A) to distribute and receive child pornography images and videos.

5. Based on that investigation and a review of activity on P2P Network A, law enforcement identified an IP address associated with WHITE as one used in or around June 2021 to request the download of three videos that depicted child pornography.[1] On or about January 27, 2022, law enforcement applied for a search warrant at WHITE's residence to search for evidence of violations of 18 U.S.C. §§ 2252(a)(4)(B) and 2252A(a)(5)(B) (possession of, and access with intent to view, child pornography). This Court authorized the search warrant based on the facts described in further detail in the affidavit accompanying that search warrant application.

6. On January 31, 2022, law enforcement executed the authorized search warrant. Your affiant knocked on the front door of Brian WHITE's residence, at 6005 Dale Rd., Cicero, NY. WHITE answered the door and your affiant explained to WHITE that we had a search warrant for his residence. Your affiant entered the residence with WHITE and Task Force Officer (TFO) Andrew Wilmot. Your affiant explained to WHITE that the search warrant related to activity

---

[1] These files are described in more detail in paragraph 11, below. All of the images described in this affidavit will be made available for the Court's inspection upon request.

related to P2P Network A. WHITE stated[2] that he understood and that he did use P2P Network A. WHITE's wife was present in the living room, at which point WHITE said to his wife, "I'm in trouble…I don't know how it will pan out."

7. WHITE explained that he accessed P2P Network A via a computer that was in the basement of his residence. WHITE led your affiant and TFO Wilmot to the basement of his residence and showed the computer which WHITE used to access P2P Network A. WHITE logged into his computer and navigated to a subfolder where all of WHITE's P2P Network A's downloads were stored. Your affiant noted that the folder directory appeared generally as Frost > downloads. Based on my training and experience and publicly available information, I know that Frost is a P2P Network A client that provides newsgroup-like messaging, private encrypted messages, file upload and download functionality, and a file-sharing system. While showing your affiant the downloads folder, WHITE stated, "I don't think there is any child pornography on there now…I delete it…" Your affiant observed that the folder contained dozens of video files, based on the file type shown by the icons, though the content of the videos was not immediately viewable in that view.

8. WHITE, your affiant, and TFO Wilmot sat in chairs in WHITE's basement, per WHITE's preference. Your affiant told WHITE that he was free to talk to us, or not talk to us. WHITE replied, "I'm gonna talk to you…(inaudible)…I'm scheduled to go out of town on Tuesday." WHITE asked if he was going to be able to make his trip to Florida, and your affiant told WHITE that at that time we did not have a warrant for his arrest.

---

[2] The statements attributed to WHITE contained in this affidavit are the sum and substance of WHITE's statements to law enforcement, which were audio recorded.

9. TFO Wilmot asked WHITE whether he used certain search terms to find the child pornography on Frost/Freenet. WHITE clarified that he did not use search terms, rather he was a subscriber of the "Pedo Mom" newsgroup on Frost/Freenet. WHITE noted that not all of the content on Pedo Mom was "bad" [child pornography], but at least half of it was [child pornography]. WHITE estimated that he downloaded around 50 video clips of child pornography from Pedo Mom. WHITE noted that the worst child pornography video that he has seen was of an adult woman having sex with a baby.

10. WHITE agreed to travel with your affiant and TFO Wilmot to the New York State Police barracks in North Syracuse for a polygraph examination. Your affiant spoke with an FBI Computer Scientist (FCS) who was previewing the computer that WHITE used for the P2P Network A activity back at WHITE's residence. The FCS informed your affiant that the FCS saw a video clip within the aforementioned Frost > downloads folder that depicted an approximately 10-year old female masturbating her genital area. The FCS noted that the video file name was a string of numbers, consistent with files further described below.

11. While at the barracks, your affiant read WHITE his Advice of Rights. WHITE agreed to waive and speak with interviewing agents further. Your affiant showed WHITE the three video files referenced above in paragraph 5, which were suspected to have been downloaded by WHITE. The files are further described as follows.

- Yakissoba: The file is a 5-minute video wherein an adult female is engaged in sexual intercourse with an approximately 8-year--old pre-pubescent male.
- 4_6005960203755849249: The file is a 4 minute 47 second video wherein an approximately 6-year-old pre-pubescent male is lying naked on a bed while a naked adult female has intercourse and oral sexual contact with him.

- 1_4922733464173674772: The file is a 2-minute video of an approximately 6-year-old pre-pubescent male lying on a bed naked, while an adult female is straddling him rubbing his penis.

12. Your affiant played approximately 5-10 seconds of the above three video files to WHITE. WHITE did not recognize any of the three files specifically, but after viewing them, noted that the videos were consistent with the child pornography video files that he downloaded on Frost/P2P Network A in the Pedo Mom group. WHITE also described that the video file names are typically number strings, not specific titles.

## CONCLUSION

13. Based on the information above, there is probable cause to believe that Brian WHITE violated 18 U.S.C. § 2252A(a)(2)(A) (receipt of child pornography), and I request a criminal complaint be issued pursuant to this violation of federal law.

ATTESTED TO BY THE APPLICANT IN ACCORDANCE WITH THE REQUIREMENTS OF RULE 4.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE.

Martin Baranski
Special Agent
Federal Bureau of Investigation

I, the Honorable Andrew T. Baxter, United States Magistrate Judge, hereby acknowledge that this affidavit was attested by the affiant by telephone on January 31, 2022, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Hon. Andrew T. Baxter
U.S. Magistrate Judge